Betty J. HASKINS, Petitioner,

v.

DEPARTMENT OF the NAVY, Respondent.

No. 2008–3087.

United States Court of Appeals, Federal Circuit.

Jan. 29, 2008.

### ORDER

Betty J. Haskins moves to voluntarily dismiss her petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.